Bran Noonan
bnoonan@gordonrees.com

**GORDON & REES** LLP

ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA, 28RD FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GORDONREES.COM

October 22, 2015

<u>**VIA ECF**</u>

Honorable Gregory H. Woods
U.S. District Court Judge
U.S. District Courthouse
500 Pearl Street
New York, New York 10007

     Re:    Doncouse v. Anthropologie, Inc. et al.
            Case No.: 15CV07446

Dear Judge Woods,

This office has been retained by defendant Anthropologie, Inc. (the "Company") in connection with the above-referenced ADA public accommodation action. The Company's time to respond to the complaint came due today. Accordingly, we respectfully write to request a 30-day extension to allow us time to investigate the matter and properly respond to the complaint. This is the Company's first request for an extension. Plaintiff consents to the request. Given this request, we would also request that the initial case management conference scheduled for November 13, 2015 be adjourned until sometime shortly after the extended time to respond to the complaint.[1]

Thank you for your consideration

Respectfully submit,

/S/ Bran Noonan

Bran Noonan

cc:    Counsel of record (by ECF)

---

[1]    Furthermore, based on the docket, it does not appear that co-defendant 85 Fifth Avenue Owner, LLC has been served since no affidavit of service has been filed.

CALIFORNIA ♦ NEW YORK ♦ TEXAS ♦ ILLINOIS ♦ NEVADA ♦ ARIZONA ♦ COLORADO ♦ WASHINGTON
♦ OREGON ♦ NEW JERSEY ♦ FLORIDA ♦ GEORGIA ♦ CONNECTICUT ♦ MISSOURI ♦ PENNSYLVANIA ♦ WASHINGTON D.C.