USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _3/23/2016_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GRACIELA BRETSCHNEIDER DONCOUSE,

                                   Plaintiff,

          vs.

ANTHROPOLOGIE, INC., A FOREIGN
BUSINESS CORPORATION, AND 85 FIFTH
AVENUE OWNER LLC, A FOREIGN LIMITED
LIABILITY COMPANY,

                                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## MEMORANDUM ENDORSED

Index No.: 1:15-cv-07446-GHW

### STIPULATION OF
### DISCONTINUANCE *WITH*
### *PREJUDICE*

**IT IS HEREBY STIPULATED AND AGREED,** by and among the undersigned

counsel for all parties in this action that:

**IT IS HEREBY FURTHER STIPULATED AND AGREED,** Counsel represent that

they have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED,** No party hereto is an

infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED,** The above entitled

action is discontinued with prejudice pursuant to Federal Rules of Civil Procedure ("FRCP")

Rule 41 and without costs to any party as against the other. This Stipulation may be filed without

further notice with the Clerk of the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED,** that this stipulation may

be executed in counterparts and that facsimile/photocopy signatures may be accepted as originals

for all purposes, including filing with the court.

**IT IS HEREBY STIPULATED AND AGREED** that this stipulation may be filed

without further notice with the Clerk of the Court by any party herein.

Dated:     New York, New York
           March 10, 2016

_____
Bradly G. Marks, Esq.
THE MARKS LAW FIRM, PC
175 Varick Street, 3rd Fl
New York, New York 10014
(t) 646-770-3775
(f) 646-867-2639
Email: brad@markslawfirm.net
*Attorney for Plaintiff*

_____
Bran Noonan
GORDON & REES LLP
One Battery Park Plaza 28th Floor
New York, NY 10004
(T): (212) 269-5500 *A*
*(E)* bnoonan@gordonrees.com
*Attorneys for Defendant Anthropologie, Inc.*

By: __*NO APPEARANCE*_____ 85 FIFTH
AVENUE OWNER LLC

The parties have stipulated to the dismissal of this action under Rule 41(a)(1)(A)(ii).

Dated: March 23, 2016
New York, New York

_____
U.S.D.J.